**Rob HAYS, Respondent,**

v.

**BNSF RAILWAY COMPANY, Appellant.**

### No. ED 103626

Missouri Court of Appeals, Eastern District, DIVISION TWO.

FILED: June 13, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied September 25, 2017

Application for Transfer Denied November 21, 2017

FOR APPELLANT: Booker T. Shaw, David A. Stratmann, One US Bank Plaza, St. Louis, MO 63101, Michael F. Coyle, Robert W. Futhey, 500 Energy Plaza, 409 South 17th Street, Omaha, NE 68102.

FOR RESPONDENT: Steven L. Groves, Linda C. Powers, One US Bank Plaza, 505 North 7th Street, Suite 2010, St. Louis, MO 63101, Joseph L. Goff, 1 N. Jefferson St., Farmington, MO 63640.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

### PER CURIAM

BNSF Railway Company ("BNSF") appeals from the trial court's judgment, following a jury trial, in favor of Rob Hays ("Hays") in the amount of $4,400,000 finding BNSF liable for Hays's personal injuries sustained while operating a weld truck on BNSF's track.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).